S. Mark Varney, No. 121129
Michael P. Sweeney, No. 220462
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
633 West Fifth Street, 51st Floor
Los Angeles, CA 90071
Telephone: 213.833.4500
Facsimile: 213.833.4555
Email: mvarney@cbmlaw.com
msweeney@cbmlaw.com

Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER REZA and ARMINDA REZA,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., and DOE 1 through DOE 10, inclusive,<br><br>Defendants. | No. CV10 9524 PA (MANx)<br>Complaint Filed: December 13, 2010<br><br>Judge: Hon. Percy Anderson<br>Discovery<br>Magistrate: Hon. Margaret A. Nagle<br><br>[PROPOSED] **ORDER ON PARTIES' STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE** |

The parties have stipulated that the action should be dismissed with prejudice. Accordingly, the entire action is dismissed with prejudice.

DATED: June 6, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

CBM-LA\LA099721

[PROPOSED] ORDER ON PARTIES' STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE